1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  In the Disciplinary Matter of        )    ORDER OF
                                          )    DISBARMENT/SUSPENSION
12                                        )
    ATTORNEY DISCIPLINARY                 )
13  ACTIONS                               )
                                          )
14  _____     )

15            The Court has not received a response to its Order to Show Cause dated

16  June 25, 2009, from any attorney listed in Attachment "A" to this Order, for the

17  imposition of suspension or disbarment from the Bar of this Court as a result of

18  suspension or disbarment from the Supreme Court of California, resignation with

19  charges pending accepted by the Supreme Court of California, or enrollment as an

20  involuntary inactive member of the State Bar of California with cases pending in this

21  Court.  Written responses to the Order to Show Cause were due thirty (30) days from

22  the date of the Order to Show Cause.  Therefore, IT IS ORDERED, that the attorneys

23  listed in Attachment "A" to this Order are suspended or disbarred from the practice

24  of law in this Court pursuant to Rules 83-3.1.9 and 83-3.2 of the Local Rules for the

25  Central District of California.

26            IT IS FURTHER ORDERED that any attorney listed in Attachment "A"

27  to this Order who has been suspended or disbarred from the Bar of this Court will be

28  reinstated upon proof of his or her reinstatement as an active member in good

1

1    standing with the State Bar of California.

2              An attorney registered to use the Court's Electronic Case Filing System

3    (ECF) who is suspended or disbarred by this Court will not have access to file

4    documents electronically until the attorney has been reinstated by the State Bar of

5    California and reinstated to the Bar of this Court.

6              This Order is being served pursuant to Federal Rule of Civil Procedure

7    5  to the current addresses of the attorneys listed in Attachment "A" as on file with

8    the State Bar of California.

9

10             DATE:      August 4, 2009

11

12

13

14                                    Audrey B. Collins
                                Chief United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1    <u>Attachment A</u>

2

3    <u>Disbarment</u>

4    1.  Armand Joseph Pasano, #145928, MC-09-177 ABC

5    2.  Kenneth Brian Rodman, #72412, MC-09-183 ABC

6    <u>Suspension</u>

7    1.  Aftab Alam Malik, #171926, MC-09-181 ABC

8    2.  Thomas Howard Ravatt, #67228, MC-09-178 ABC

9    3.  John Royall Read, III, #51388, MC-09-179 ABC

10   4.  Joseph Edward Rowland, #147636, MC-09-182 ABC

11   5.  Robert Wayne Wiley, #64883, MC-09-180 ABC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3